# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| COMPREHENSIVE NETWORK, INC., COMPREHENSIVE RESOURCES, INC., and COMPREHENSIVE COUNSELING SERVICES, INC., Plaintiff, -v- THE COMPREHENSIVE CENTER, LLC., a/k/a THE COMPREHENSIVE CENTER FOR REHABILITATION, a/k/a COMPREHENSIVE KIDS DEVELOPMENTAL SCHOOL, and COMPREHENSIVE STAFFING SOLUTIONS, LLC., Defendant. | Case No._____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 11/28/2007

_____
**Signature of Attorney**

**Attorney Bar Code:** BL 6812