USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
COMPREHENSIVE NETWORK, INC.,
COMPREHENSIVE RESOURCES, INC., and
COMPREHENSIVE COUNSELING SERVICES, INC.,

    Plaintiffs,

-against-

THE COMPREHENSIVE CENTER, LLC.,
a/k/a THE COMPREHENSIVE CENTER FOR
REHABILITATION, a/k/a COMPREHENSIVE
KIDS DEVELOPMENTAL SCHOOL, and
COMPREHENSIVE STAFFING SOLUTIONS, LLC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 10678 (SHS)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED that the time for the defendants, THE COMPREHENSIVE CENTER, LLC., a/k/a THE COMPREHENSIVE CENTER FOR REHABILITATION, a/k/a COMPREHENSIVE KIDS DEVELOPMENTAL SCHOOL, and COMPREHENSIVE STAFFING SOLUTIONS, LLC., to appear and to answer, amend or supplement the answer as of course or make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 31st day of January, 2008. Facsimile or email copies of this Stipulation and signatures thereon shall be valid and binding on the parties.

Dated: New York, New York
       December 21, 2007

For Plaintiffs:

LEWIS & HAND, LLP

By: _____
    Brett E. Lewis (BL-6812)
45 Main Street, Suite 818
Brooklyn, New York 11201
(718) 243-9323

For Defendants:

SNITOW KANFER HOLTZER
& MILLUS, LLP

By: _____
    Stewart J. Epstein (SE-4075)
575 Lexington Avenue, 14th Floor
New York, New York 10022-6102
(212) 317-8500

SO ORDERED: 1/2/08

_____
U.S.D.J.

M:\CLIENT\3025\02\Stip.Ext.Time.wpd