UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILE NO.: 0710162
FILED ON: 11/29/2007  CASE NO.: 07CV10678

COMPREHENSIVE NETWORK, INC., COMPREHENSIVE RESOURCES, INC., and
COMPREHENSIVE COUNSELING SERVICES, INC.

Plaintiff(s)-Petitioner(s)

-vs-

THE COMPREHENSIVE CENTER, LLC., a/k/a THE COMPREHENSIVE CENTER FOR REHABILITATION, a/k/a
COMPREHENSIVE KIDS DEVELOPMENTAL SCHOOL, and COMPREHENSIVE STAFFING SOLUTIONS, LLC

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SCHENECTADY ss.}

Mark E. McClosky
P.O. Box 180
Burnt Hills, N.Y. 12027

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding.

On DECEMBER 4, 2007 at 1:30 P.M.
Deponent served a true copy of SUMMONS AND COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, APPENDIX TO THE INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON
bearing index number: 07CV10678 and date of filing: 11/29/2007
upon THE COMPREHENSIVE CENTER, LLC
at address: SECRETARY OF STATE, 41 STATE STREET
City & State: ALBANY, NY 12207

## MANNER OF SERVICE}

**PERSONAL**
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**
☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule303 LLC . Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on        . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE          Race/Skin Color: WHITE           Hair Color: BROWN
Approximate Age: 53 years   Approximate Height: 5'4"   Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on}   DECEMBER 4, 2007

Karen E. Rock #01R06065213        Kathryn A. Rock-McClosky
Notary Public, State of New York   Commissioner of Deeds
Qualified in Schenectady County    Qualified in Schednectady County
Commission Expires: 10/09/2009     Commission Expires: 08/27/2004

Attorney Info:
Lewis & Hand, LLP
45 Main Street, Suite 818
Brooklyn, NY 11201
718-243-9323

Mark E. McClosky
Deponent
**NATIONWIDE LEGAL SERVICES LLC**
POST OFFICE BOX 180
BURNT HILLS, NEW YORK 12027
(518) 399-3059

affidavit number: 200772796          FIRM FILE #