UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
COMPREHENSIVE NETWORK, INC.,                       :
COMPREHENSIVE RESOURCES, INC., and                    07 Civ. 10678 (SHS)
COMPREHENSIVE COUNSELING SERVICES, INC.,           :

                Plaintiffs,    :

     -against-                                  : **RULE 7.1 STATEMENT**

THE COMPREHENSIVE CENTER, LLC.,                    :
a/k/a THE COMPREHENSIVE CENTER FOR
REHABILITATION, a/k/a COMPREHENSIVE               :
KIDS DEVELOPMENTAL SCHOOL, and
COMPREHENSIVE STAFFING SOLUTIONS, LLC.,           :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

     None.

Dated:  New York, New York
          January 31, 2008

                                              SNITOW KANFER HOLTZER
                                                &amp; MILLUS, LLP
                                                By: _____
                                                  Franklyn H. Snitow (FS-7414)
                                                575 Lexington Avenue, 14th Floor
                                                New York, New York 10022-6102
                                                (212) 317-8500
                                                Attorneys for Defendants