```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

COMPREHENSIVE NETWORK, INC., *ET AL.*,     :     07 Civ. 10678 (SHS)

                Plaintiffs,     :

    -against-     :     ORDER

THE COMPREHENSIVE CENTER, L.L.C.,     :
*ET ANO*,
                                  :
                Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     Initial disclosures pursuant to Fed. R. Civ. P. 26(a) are due on or before February 18, 2008;

       2.     The last day to serve requests for interrogatories and document demands is February 22, 2008;

       3.     There will be a mid discovery status conference on April 11, 2008, at 10:15 a.m.; and

       4.     The last day for completion of fact discovery is May 30, 2008.

Dated: New York, New York
       February 8, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.