

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

RECEIVED
FEB 15 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08

STEPHEN W. FEINGOLD
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5845  F: (212) 916-2940
sfeingold@daypitney.com

February 15, 2008

**VIA FACSIMILE**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1010
New York, New York 10007

    Re:   *Comprehensive Network, Inc., et al., v. The Comprehensive Center, L.L.C., et ano,* 07-cv-10678 (SHS)

Dear Judge Stein:

    We have today been retained to substitute in as counsel for Plaintiffs Comprehensive Network, Inc., et al., in this matter. We write to request a two week extension of the deadlines set forth in Your Honor's February 8, 2008 Order. Defendants' counsel, Mr. Franklyn Snitow, has consented to this request.

    Accordingly, Plaintiffs respectfully request that new deadlines be So Ordered as follows:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) are due on or before March 3, 2008.

2. The last day to serve requests for interrogatories and document demands is March 7, 2008.

3. There will be a mid discovery status conference on April 25, 2008, at 10:15 a.m.; and

4. The last day for completion of fact discovery is June 13, 2008.

    We are also aware that Your Honor requested that the parties submit, by February 22, 2008, a letter reflecting the parties' efforts with respect to alternative dispute resolution. We will, of course, investigate that avenue of resolution, and request a commensurate two week extension of time, to March 7, 2008, to comply.

    We will be submitting a proposed Order for Substitution of Counsel shortly.

    Thank you for your time and consideration.

SO ORDERED 2/19/08

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

**DAY PITNEY** LLP

The Honorable Sidney H. Stein
February 15, 2008
Page 2

Respectfully submitted,

*Stephen W. Feingold*

Stephen W. Feingold

cc:   Brett Evan Lewis, Esq. (via facsimile)
      LEWIS AND HAND LLP
      45 Main Street, Suite 818
      Brooklyn, NY 11201
      *Current Counsel of Record for Plaintiffs*

      Franklyn H. Snitow, Esq. (via facsimile)
      SNITOW KANFER HOLTZER & MILLUS LLP
      575 Lexington Avenue
      New York, NY 10022
      *Counsel for Defendants*