USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

Stephen W. Feingold (SWF 2763)
Barry M. Benjamin (BMB 7350)
Rebecca L. Griffith (RLG 7884)
DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311
Tel:   (212) 297-5800
Fax:   (212) 916 2940

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPREHENSIVE NETWORK, INC., COMPREHENSIVE RESOURCES, INC., and COMPREHENSIVE COUNSELING SERVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> THE COMPREHENSIVE CENTER, LLC. a/k/a THE COMPREHENSIVE CENTER FOR REHABILITATION a/k/a COMPREHENSIVE KIDS DEVELOPMENTAL SCHOOL, and COMPREHENSIVE STAFFING SOLUTIONS, LLC, <br><br> Defendants | Civil Action No. 07 cv 10678 (SHS) <br><br> SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of Day Pitney LLP as attorneys for plaintiffs Comprehensive Network, Inc., Comprehensive Resources, Inc., and Comprehensive Counseling Services, Inc. in the above-styled action.

DAY PITNEY LLP

*[signature]*
_____
Stephen W. Feingold (SWF 2763)
Barry M. Benjamin (BMB 7350)
Rebecca L. Griffith (RLG 7884)
7 Times Square
New York, New York 10036-7311
sfeingold@daypitney.com
bbenjamin@daypitney.com
rlgriffith@daypitney.com
Tel:  (212) 297-5800
Fax:  (212) 916 2940

Dated: February 19, 2008

Superseding Attorneys

LEWIS & HAND LLP

*[signature]*
_____
Brett E. Lewis (BL 6812)
45 Main Street, Suite 818
Brooklyn, New York 11201
brett@lewishand.com
Tel:  (718) 243-9325
Fax:  (718) 243-9326

Dated: February 19, 2008

Withdrawing Attorneys

SO ORDERED:
*[signature]*
_____
U.S.D.J.

Dated: February 22, 2008

Stephen W. Feingold (SWF 2763)
Barry M. Benjamin (BMB 7350)
Rebecca L. Griffith (RLG 7884)
DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311
Tel:  (212) 297-5800
Fax:  (212) 916 2940

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPREHENSIVE NETWORK, INC., COMPREHENSIVE RESOURCES, INC., and COMPREHENSIVE COUNSELING SERVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> THE COMPREHENSIVE CENTER, LLC. a/k/a THE COMPREHENSIVE CENTER FOR REHABILITATION a/k/a COMPREHENSIVE KIDS DEVELOPMENTAL SCHOOL, and COMPREHENSIVE STAFFING SOLUTIONS, LLC, <br><br> Defendants | Civil Action No. 07 cv 10678 (SHS) |

### DECLARATION OF BARRY M. BENJAMIN

Barry M. Benjamin declares under penalty of perjury as follows:

1. I am a member of the law firm Day Pitney LLP in New York, NY. We have been retained to substitute in as counsel for Plaintiffs Comprehensive Network, Inc., Comprehensive Resources, Inc., and Comprehensive Counseling Services, Inc. in this matter.

2. We are substituting in as counsel as Plaintiffs have chosen to retain new counsel.

3. Plaintiffs' withdrawing counsel, Lewis & Hand LLP, consents to the substitution of Day Pitney LLP as attorneys for Plaintiffs Comprehensive Network, Inc., et al.

4. On February 15, 2008 we sent via facsimile a letter to Judge Stein, with a copy to withdrawing counsel and Defendants' counsel, requesting a two week extension of the deadlines set

forth in the Judge's February 8, 2008 Order. Defendants' counsel, Mr. Franklyn Snitow consented to this request.

5.   This letter was endorsed by Judge Stein on February 19, 2008.

I declare under penalty of perjury that the foregoing in true and correct.

Date: February 20, 2008

Barry M. Benjamin (BMB 7350)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036
bbenjamin@daypitney.com
Phone: (212) 297-5800
Fax:    (212) 916-2940