MAR-07-2008 16:52 From:DAY PITNEY LLP    212 682 3435    To:    P.2/3

# ⓓ DAY PITNEY LLP

BOSTON    CONNECTICUT    NEW JERSEY    NEW YORK    WASHINGTON, D.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/09

STEPHEN W. FEINGOLD
Attorney At Law

7 Times Square
New York, NY 10036
T: (212) 297-5845 F: (212) 916-2940
sfeingold@daypitney.com

March 7, 2008

**VIA FACSIMILE**                                    **MEMO ENDORSED**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 1010
New York, New York 10007

    Re:    *Comprehensive Network, Inc., et al., v. The Comprehensive Center, L.L.C., et ano,* 07-cv-10678 (SHS)

Dear Judge Stein:

    We represent the Plaintiffs in the above referenced action. This letter is submitted on behalf of both Plaintiffs and Defendants, per your Honor's request that the parties submit a letter reflecting their efforts with respect to alternative dispute resolution. The parties are close to reaching an agreement to engage in arbitration before the Beth Din. Since there are still several issues that need to be finalized, the parties request that the deadlines endorsed by Your Honor on February 19, 2008, be extended by an additional 30 days.

    Accordingly, the parties respectfully request that new deadlines be So Ordered as follows:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) are due on or before April 2, 2008.

2. The last day to serve requests for interrogatories and document demands is April 7, 2008.

3. ~~There will be a~~ The mid discovery status conference ~~on May 27,~~ remains at April 11 2008, at 10:15 a.m.; and

4. The last day for completion of fact discovery is July 14, 2008.

Thank you for your time and consideration.

                                               SO ORDERED 3/7/08

                                               SIDNEY H. STEIN
                                               U.S.D.J.

# DAY PITNEY LLP

The Honorable Sidney H. Stein
March 7, 2008
Page 2

Respectfully submitted,

*Stephen W. Feingold*

cc:    Franklyn H. Snitow, Esq. (via facsimile)
       SNITOW KANFER HOLTZER & MILLUS LLP
       575 Lexington Avenue
       New York, NY 10022
       *Counsel for Defendants*