USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COMPREHENSIVE NETWORK, INC., *ET AL.*,  :   07 Civ. 10678 (SHS)

                Plaintiffs,   :

-against-   :   ORDER

THE COMPREHENSIVE CENTER, LLC,   :
*ET ANO*,
              :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference will take place on April 18, 2008, at 10:00 am.

Dated: New York, New York
       April 12, 2008

                          SO ORDERED:

                          _____
                          Sidney H. Stein, U.S.D.J.